IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Christopher Nelson,                  Case No. 3:17cv936

         Plaintiff,         <u>DISMISSAL ORDER</u>

   -vs-                      JUDGE JAMES G. CARR

William Bluethmann, et al.,

         Defendants.

A Settlement Conference held on January 16, 2018 before Magistrate Judge James R. Knepp II, resulted in a settlement.

Therefore, the docket is marked: "Settled and dismissed."

Further, any subsequent Dismissal with prejudice, or setting forth specific settlement terms and conditions, filed within thirty (30) days shall supersede this Order. This Court also retains jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

                                               s/James G. Carr
                                          SR. U. S. DISTRICT JUDGE

                                          January 31, 2017